PHILLIP A.TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL VALENTINE SANTILLAN LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-01054-BAM<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SETTLEMENT REQUEST |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, subject to the approval of the Court, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's letter brief requesting remand. Counsel requests this extension of time because additional time is needed to ascertain whether additional briefing is necessary.

With this extension:

- Defendant shall respond to Plaintiff's letter brief on or before June 3, 2021;

Stip. & Prop. Order for Ext.;  Case 1:20-cv-01054-BAM      1

- If the parties do not voluntarily remand the case, Plaintiff shall file and serve her opening brief within 33 days of her receipt of Defendant's response to her letter (on or before July 6, 2021);

- Defendant shall serve and file a responsive brief within 30 days (on or before August 5, 2021); and

- Plaintiff may serve and file a reply within 15 days of service of defendant's responsive brief (on or before August 20, 2021).

Respectfully submitted,

Dated: April 30, 2021  /s/ Jonathan O. Pena*
(*as authorized via e-mail on 4/30/21)
JONATHAN O. PENA
Attorney for Plaintiff

Dated: April 30, 2021  PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, Defendant's request for an extension of time to respond to Plaintiff's letter brief is GRANTED. Defendant shall respond to Plaintiff's letter brief on or before June 3, 2021. If the parties do not voluntarily remand the case, Plaintiff shall file and serve her opening brief on or before July 6, 2021. Defendant shall file and serve a responsive brief on or before August 5, 2021. Plaintiff shall file and serve a reply, if any, on or before August 20, 2021.

IT IS SO ORDERED.

Dated: **May 3, 2021**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE